# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### CASE NO.: 05-21065-CIV-HUCK/SIMONTON

CLARA ARANGO,

      Plaintiff,

vs.

HOMEBANC MORTGAGE CORPORATION,

      Defendant.

_____/

```
FILED by _____ D.C.

   DEC 16 2005

   CLARENCE MADDOX
 CLERK U.S. DIST. CT.
 S.D. OF FLA. - MIAMI
```

## VERDICT FORM

**Do you find from a preponderance of the evidence:**

1.    That Clara Arango was discharged from employment by the Defendant HomeBanc Mortgage Corporation?

      Answer Yes or No    _____Yes_____

2.    That Clara Arango's pregnancy was a substantial or motivating factor that prompted the Defendant HomeBanc Mortgage Corporation to take that action?

      Answer Yes or No    _____Yes_____

If you answered "No," to either question 1 or question 2, you have completed your deliberations. Sign and date the Verdict Form below and notify the court security officer that you have reached a verdict. If you answered "Yes," proceed to question 3.

3.    That Clara Arango would have been discharged from employment for other reasons even in the absence of consideration of Clara Arango's pregnancy?

      Answer Yes or No    _____No_____

If you answered "Yes," to question 3, you have completed your deliberations. Sign and date the Verdict Form below and notify the court security officer that you have reached a verdict. If you answered "No," proceed to the remaining questions.



4.   That Clara Arango should be awarded damages to compensate for a net loss of wages and benefits to the date of trial?

      Answer Yes or No      _Yes_

      If your answer is Yes,
      in what amount?     $ _51,000_

5.   That Clara Arango should be awarded damages to compensate for emotional pain and mental anguish?

      Answer Yes or No      _No_

      If your answer is Yes,
      in what amount?     $ _∅_

6(a).   That a higher management official of HomeBanc Mortgage Corporation acted with malice or reckless indifference to Clara Arango's federally protected rights?

      Answer Yes or No      _No_

6(b).   If your answer to question 6(a) is "Yes," do you further find that HomeBanc Mortgage Corporation itself had not acted in a good faith attempt to comply with the law by adopting policies and procedures designed to prohibit such discrimination in the workplace?

      Answer Yes or No      _____

6(c).   If your answers are "Yes," to both questions 6(a) and 6(b), what amount of punitive damages, if any, should be assessed against the Defendant, HomeBanc Mortgage Corporation?

      $_____

SO SAY WE ALL.

      _____
            Foreperson

DATED: _12-16-05_